FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY KNOWN AS 625 WEST MAXWELL AVENUE, SPOKANE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>and<br><br>$4,994 U.S. CURRENCY,<br><br>　　　　　Defendants. | No.　2:25-CV-0148-RLP<br><br>ORDER PERMITTING INTERLOCUTORY SALE OF REAL PROPERTY |

BEFORE THE COURT is the Parties' Interlocutory Sale Stipulation re: Real Property Known as 625 West Maxwell Avenue, Spokane, Washington, ECF No. 13. The Court has reviewed the record and files therein, is fully advised, and for good cause shown, the stipulation is accepted by the Court.

ORDER PERMITTING INTERLOCUTORY SALE OF REAL PROPERTY ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties herein have agreed to the interlocutory sale by the United States of the real property known as 625 West Maxwell Avenue, Spokane, Washington, Parcel #: 35181.3016 (hereinafter, "the Defendant Property"), legally described as follows:

> Lot 23 and 24 in Block 4 of Crowders Addition, according to the plat thereof recorded in Volume "D" of Plats, Page 65, records of Spokane County Washington.
>
> Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.
>
> Subject to all easements, restrictions, reservations and covenants of record.

2. The stipulation, **ECF No. 13**, is **GRANTED** and the sale of the real property shall proceed pursuant to the terms of the stipulation filed herein.

3. The funds remaining after payment of the amounts as agreed in the stipulation filed herein shall be remitted to the United States and deposited in the asset forfeiture escrow account pending further order of this Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED: August 8, 2025.



REBECCA L. PENNELL
United States District Judge

ORDER PERMITTING INTERLOCUTORY SALE OF REAL PROPERTY ~ 2